IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARL FRADLE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:11-CV-3681-AT-CCH |
| EQUIFAX INFORMATION SERVICES LLC and LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC, | : |
| | : |
| Defendants. | : |

## **O R D E R**

The undersigned Magistrate Judge finds it necessary to recuse from further consideration of the above-captioned case. Therefore, the Clerk of Court is **DIRECTED** to refer this case to another Magistrate Judge, and to assign a recently filed Fair Credit Reporting Act case to the undersigned.

IT IS SO ORDERED this 8th day of November, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE